IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10181
Summary Calendar
USDC No. 3:98-CV-2651-T
_____

SAMUEL LEE JONES,

                                        Petitioner-Appellant,

versus

GARY L. JOHNSON, DIRECTOR, TEXAS DEPARTMENT
OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION,

                                        Respondent-Appellee.

---------------------

Appeal from the United States District Court
for the Northern District of Texas

---------------------
March 22, 2000

Before JOLLY, DAVIS and DENNIS, Circuit Judges.

PER CURIAM:[*]

        Samuel Lee Jones, Texas prisoner # 682025, appeals the district court's dismissal of his 28 U.S.C. § 2254 petition as time-barred.  This court granted a certificate of appealability on in the issue of whether the limitations period in 28 U.S.C. § 2244(d) should be equitably tolled based on Jones' assertion that his prison law library did not receive a copy of the Antiterrorism and Effective Death Penalty Act (AEDPA), which

_____

        [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

included the one-year limitations provision for filing for relief under § 2254, until March 10, 1997, and that he did not receive notice of the AEDPA's limitations period until late August or early September of 1997 because it first was circulated only to inmates in administrative segregation.  In light of this court's decision in Felder v. Johnson, 2000 WL 144178 (5th Cir. Feb. 9, 2000) (No. 98-21050), this argument is without merit.  Therefore, the judgment of the district court is AFFIRMED.

AFFIRMED.